c\w

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 5  2005   ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA,                  :

    -against-
                                   :    Cr. No. 05-0289 (CBA)

GEORGE GARCIA,

             Defendant.           :
----------------------------------x

Upon the application of James M. Branden, Esq., it is hereby ORDERED that the condition of the release bond that Mr. Garcia reside with Ms. Tena, the suretor, at 3322 South Champlain Road, in Tucson, AZ, be excused, and that Mr. Garcia may reside with George Duran at 1912 West Bothell Way, Tucson, AZ, 85734 while on release.

Dated:  September 15, 2005
       Brooklyn, New York

                          /S/ HON. CAROL B. AMON
                          _____
                          Hon. Carol B. Amon, U.S.D.J.

Please do not hesitate to contact me if you have any questions or require additional information.

Respectfully submitted,


James M. Branden

cc: AUSA Nicole Boekman; USPO Daniel Moreno (both by fax)